IN THE __CIRCUIT__ COURT OF THE __FIRST__ JUDICIAL DISTRICT
OF HINDS, COUNTY, MISSISSIPPI

__DAVIS LINDA__                                          PLAINTIFF

VS.                                              NO. __251-11-000244-CIV__

__BRP US INC__                                          DEFENDANT

I, BARBARA DUNN, CIRCUIT CLERK, OF THE CIRCUIT COURT IN AND FOR THE SAID STATE AND COUNTY DO HEREBY CERTIFY THAT THE ATTACHED ARE TRUE AND CORRECT COPIES OF ALL THE PAPERS FILED IN THIS OFFICE IN THE ABOVE STYLED AND NUMBERED CAUSE, AS OF THIS DATE THE SAME IS OF RECORD IN THIS OFFICE IN DOCKET BOOK NO. __11__ PAGE NO. __244__ TO WIT: *entire file*

GIVEN UNDER MY HAND AND SEAL OF OFFICE THIS THE __22ND__ DAY OF __APRIL__, __2011__.

BARBARA DUNN, CIRCUIT CLERK
HINDS COUNTY, MISSISSIPPI

BY _____ D.C.



EXHIBIT

FILED

MAR 17 2011

BARBARA DUNN, CIRCUIT CLERK
BY_____ D.C.

IN THE CIRCUIT COURT OF THE FIRST JUDICIAL DISTRICT
OF HINDS COUNTY, MISSISSIPPI

LINDA DAVIS                                                                                     PLAINTIFF

VS.                                                                              CAUSE NO. 251-11-244CIV

BRP, U.S., INC. D/B/A
BOMBARDIER RECREATIONAL PRODUCTS                                       DEFENDANT

## COMPLAINT

COMES NOW, LINDA DAVIS and files this Complaint against the Defendant, BRP, U.S., INC. d/b/a Bombardier Recreational Products and for claim for relief states the following:

I.

The Plaintiff is an adult resident citizens of the First Judicial District of Hinds County, Mississippi.

II.

The Defendant is a manufacturer and seller of recreational vehicles. The Defendant may be served with process of this Court by service upon their registered agent C T CORPORATION SYSTEM, 8040 EXCELSIOR DRIVE, SUITE 200, MADISON, WI 53717.

III.

In early 2009, the Plaintiff purchased a recreational vehicle manufactured by the Defendant.

IV.

The Defendant represented to the public and to the Plaintiff that their recreational vehicle was fit and proper for the purpose of being used as a recreational vehicle.

V.

The Defendant represented to the public and to the Plaintiff that their recreational vehicle was

safe and that the steering components and other mechanical components of the vehicle were fit for use and would perform safely under use.

VI.

On April 26, 2009, the Plaintiff was using the recreational vehicle for the purpose for which the vehicle was manufactured and sold. While using the vehicle, it malfunctioned and the steering mechanism failed. As a result, the Plaintiff was violently thrown from the vehicle and suffered severe physical injuries.

VII.

At the time of the April 26, 2009 accident, the Plaintiff was not doing any improper driving or engaging in any negligence regarding the operation of the recreational vehicle.

VIII.

The sole proximate cause of the April 26, 2009 accident was the negligence of the Defendant in failing to properly design, construct, warn, instruct, repair and test the recreational vehicle that they sold to the Plaintiff.

IX.

As a direct and proximate cause of the April 26, 2009 accident, the Plaintiff suffered severe temporary and permanent physical injuries, lost wages, pain and suffering, emotional distress, scarring, medical costs, incidental costs, disfigurement, permanent disability and other damages which will be shown at the trial of this matter.

WHEREFORE, PREMISES CONSIDERED, the Plaintiff prays that process issue to the Defendant in the form and in the manner required by law commanding the Defendant to answer and respond to this Complaint as required by law. The Plaintiff prays for trial by jury and that the Plaintiff be awarded damages from the Defendant in an amount within the jurisdictional limits of

this Court, to be decided by a jury, plus all costs of court and attorneys fees. The Plaintiff prays for such other relief as may be appropriate in the premises.

Respectfully submitted,
LINDA DAVIS

By: _____
HOWARD R. BROWN, MSB 10631

OF COUNSEL:

BROWN LITIGATION GROUP
P.O. BOX 158
JACKSON, MS 39205
601-360-2000
601-354-0604  (FACSIMILE)